```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 25885
    KATHY D WASH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3851


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/29/2008 and was not confirmed.

     The case was dismissed without confirmation 02/19/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC     21809.00            .00             .00
CAPITAL ONE AUTO FINANCE  UNSECURED          3307.79            .00             .00
WELLS FARGO AUTO FINANCE  SECURED NOT I         .00             .00             .00
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED           .00             .00
ILLINOIS DEPT OF EMPLOYM  PRIORITY           1581.00            .00             .00
AARONS SALES              UNSECURED         NOT FILED           .00             .00
ECMC                      UNSECURED         77372.51            .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           746.28            .00             .00
AT&T                      UNSECURED           157.84            .00             .00
AT & T MOBILITY           UNSECURED         NOT FILED           .00             .00
BANK OF AMERICA NA        UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          1196.20            .00             .00
CLIENTS FUND SERVICES     UNSECURED         NOT FILED           .00             .00
COMCAST/CHICAGO           UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00             .00
CONFIN FIRST BANK OF DEL  UNSECURED         NOT FILED           .00             .00
DENTAL WORKS              UNSECURED         NOT FILED           .00             .00
RENT A CAR                UNSECURED         NOT FILED           .00             .00
RENT A CAR                UNSECURED         NOT FILED           .00             .00
FIRST BANK OF DELAWARE    UNSECURED         NOT FILED           .00             .00
FIRST CASH ADVANCE        UNSECURED         NOT FILED           .00             .00
LVNV FUNDING              UNSECURED           761.09            .00             .00
GINGER RIDGE APT          UNSECURED         NOT FILED           .00             .00
METROSTYLE                UNSECURED         NOT FILED           .00             .00
ARROW FINANCIAL SERV      UNSECURED           528.38            .00             .00
ROBERT MORRIS COLLEGE     UNSECURED         NOT FILED           .00             .00
ISAC                      UNSECURED          3987.65            .00             .00
COMPUCREDIT CORPORATION   UNSECURED           599.16            .00             .00
SBC ILLINOIS              UNSECURED         NOT FILED           .00             .00
CAVALRY PORTFOLIO SERV    UNSECURED          1092.15            .00             .00
T MOBILE                  UNSECURED         NOT FILED           .00             .00
T MOBILE                  UNSECURED           263.24            .00             .00
TCF BANK                  UNSECURED         NOT FILED           .00             .00
TCF BANK                  UNSECURED         NOT FILED           .00             .00
TCF BANK                  UNSECURED         NOT FILED           .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25885 KATHY D WASH
```

```
TCF BANK                  UNSECURED      NOT FILED              .00         .00
JORDAN PROPERTIES         NOTICE ONLY    NOT FILED              .00         .00
BERTHA WASH               NOTICE ONLY    NOT FILED              .00         .00
LEGAL HELPERS PC          DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                           ---------------     ---------------
TOTALS                          .00                  .00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 08 B 25885 KATHY D WASH